**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SERGIO GONZALEZ, individually and on behalf of all other similarly situated, ) ) ) | |
| PLAINTIFF, ) ) | Case No.: 14-cv-9424 |
| vs. ) ) | Honorable Ruben Castillo |
| FMS, INC., ) ) ) | Magistrate Judge Sidney I. Schenkier |
| DEFENDANT. ) | |

STIPULATION TO WITHDRAW PLAINTIFF'S
MOTION FOR CLASS CERTIFICATION WITHOUT PREJUDICE

Plaintiff filed a motion for class certification in an attempt to prevent this putative class action from being mooted pursuant to *Damasco v. Clearwire Corp.*, 662 F.3d 891 (7th Cir. 2011). The parties wish to take the motion for class certification off the Court's docket.

Therefore, defendant FMS Inc. ("FMS") stipulates and agrees to provide counsel of record for plaintiff with ten days written notice before making any individual tender, settlement offer or individual offer, including any offer made pursuant to Rule 68 of the Federal Rules of Civil Procedure. This ten day period is intended to permit plaintiff to re-file the motion for class certification before such offer is made. Based upon this, plaintiff stipulates and agrees to withdraw the motion for class certification without prejudice.

The parties thus jointly and respectfully request that the Court enter an order withdrawing the currently pending motion for class certification (*Dkt. 6*) without prejudice.

| *Counsel for Plaintiff* | *Counsel for Defendant* |
|---|---|
| /s/ Bryan P. Thompson | /s/ Daniel W. Pisani |
| Michael J. Wood | Daniel W. Pisani |
| Bryan P. Thompson | James K. Schultz |
| Wood, Finko & Thompson, P.C. | Sessions Fishman Nathan & Israel, LLC |
| 73 West Monroe Street, Suite 514 | 120 S. LaSalle Street, Suite 1960 |
| Chicago, Illinois 60603 | Chicago, IL 60603 |
| Tel: 312.757.1880 | Tel: 312.578.0990 |
| Fax: 312.265.3227 | Fax: 312.578.0991 |
| mwood@woodfinkothompson.com | jschultz@sessions-law.biz |
| bthompson@woodfinkothompson.com | dpisani@sessions-law.biz |