**IN THE UNITED STATES DISTRICT COURT FOR THE**
                    **NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Sergio Gonzalez | ) |
| | ) Case No: 14 C 9424 |
| v. | ) |
| | ) Chief Judge Ruben Castillo |
| FMS, Inc., | ) |

                                **ORDER**

Enter Memorandum Opinion and Order. Defendant's motion to dismiss for failure to state a claim [16] is granted. This case is hereby dismissed with prejudice. Defendant's motion to dismiss and compel arbitration [26] is denied as moot.


Date:   July 6, 2015                    /s/  Chief Judge Ruben Castillo